# MEMORANDUM DECISIONS.

ASANO MIYAZAKI, alias Asano Yamada, alias Asano Tsuda, v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 22, 1917.) No. 3068. Appeal from the District Court of the United States for the Territory of Hawaii. Ed. F. Jared, Asst. U. S. Atty., of San Francisco, Cal.

PER CURIAM. Upon motion of counsel for the appellee, and good cause therefor appearing, ordered, appeal in the above-entitled cause dismissed for the noncompliance by the appellant with the provisions of subdivision 1 of rule 16 of the Rules of Practice of this court (150 Fed. cxxvii, 79 C. C. A. cxxvii).

---

BALLARD v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. September 12, 1917.) No. 4919. In Error to the District Court of the United States for the Eastern District of Oklahoma. J. Berry King, of Tahlequah, Okl., and Denton & Lee, of Muskogee, Okl., for plaintiff in error. W. P. McGinnis, U. S. Atty., and Archibald Bonds and Paul Pinson, Asst. U. S. Attys., all of Muskogee, Okl.

PER CURIAM. Writ of error dismissed on motion of defendant in error for failure of plaintiff in error to file briefs, etc.

---

In re BARR et al. (Circuit Court of Appeals, Sixth Circuit. May 11, 1917.) No. 3030. Petition to Revise in the District Court of the United States for the Middle District of Tennessee; Edward T. Sanford, Judge. Moore & Darwin, of Chattanooga, Tenn., for petitioner. Clarence T. Boyd, of Nashville, Tenn., opposed. Dismissed pursuant to stipulation.

---

BLESSING et al. v. BURKLEY et al. (Circuit Court of Appeals, Eighth Circuit. December 14, 1916.) No. 4715. Appeal from the District Court of the United States for the District of Nebraska. Mahoney & Kennedy, of Omaha, Neb., for appellees.

PER CURIAM. Appeal dismissed, with costs, for want of prosecution, on motion of counsel for appellees.

---

BLOW et al. v. BOICE. (Circuit Court of Appeals, Eighth Circuit. February 8, 1917.) No. 4891. Appeal from the District Court of the United States for the District of Kansas. A. S. Wilson and S. C. Westcott, both of Galena, Kan., and R. E. Hollingshead, of Joplin, Mo., for appellee.

PER CURIAM. Cause docketed, and appeal dismissed, at costs of appellants, for want of prosecution, on motion of appellee.

---

BONE et al. v. ROGERS et al. (Circuit Court of Appeals, Sixth Circuit, June 7, 1917.) No. 2990. Appeal from the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge. J. J. Moore, of Pikeville, Ky., and Hager & Stewart, of Ashland, Ky., for appellants. Auxier, Harman & Francis and Stratton & Stephenson, all of Pikeville, Ky., for appellees. Dismissed pursuant to stipulation.